UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA GAINES,

        Plaintiff,

    v.

BLOOM,

        Defendant.

Case No. 14-cv-05086-JD

**ORDER**

Plaintiff has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that he was assaulted while at San Francisco County Jail. Plaintiff recently filed another case but mail sent to plaintiff at his address has been returned as undeliverable. Docket Nos. 4 and 7 in Case No. 14-cv-04820-JD. Plaintiff must provide a current mailing address to continue with this action. *See* Local R. 3-11(b). Within **seven (7) days**, plaintiff must provide a current mailing address to indicate he wishes to proceed with this case. Failure to provide a current mailing address will result in dismissal of this case.

**IT IS SO ORDERED**.

Dated: March 9, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA GAINES,

        Plaintiff,

    v.

BLOOM,

        Defendant.

Case No.  14-cv-05086-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dana Gaines ID: 418913
San Francisco Jail
850 Bryant Street
San Francisco, CA 94103

Dated: 3/9/2015

Richard W. Wieking
Clerk, United States District Court

By /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2