UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA GAINES,

        Plaintiff,

    v.

BLOOM,

        Defendant.

Case No. 14-cv-05086-JD

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 2, 4

    Plaintiff has filed a civil rights action. Court mail that the clerk sent to plaintiff at her last known address has been returned as undeliverable. Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b). Plaintiff's motions (Docket Nos. 2, 4) are **VACATED**.

    **IT IS SO ORDERED.**

Dated: September 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GAINES,<br><br>        Plaintiff,<br><br>   v.<br><br>BLOOM,<br><br>        Defendant. | Case No. 14-cv-05086-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dana Gaines ID: 418913
San Francisco Jail
850 Bryant Street
San Francisco, CA 94103

Dated: September 29, 2015

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2